# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

**No. 201600266**
_____

**UNITED STATES OF AMERICA**
Appellee

v.

**MADISON V. FIELDER**
Seaman (E-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Paul C. LeBlanc, JAGC, USN.
For Appellant: Commander R.D.Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 15 December 2016

_____

Before CAMPBELL, HTCHISON, and MILLER, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court